AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of Delaware__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>12-1502 | DATE FILED<br>11/20/2012 | U.S. DISTRICT COURT<br>District of Delaware | |
|---|---|---|---|
| PLAINTIFF<br>Interface IP Holdings LLC | | DEFENDANT<br>The Vanguard Group, Inc. | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 US 7,406,663 B2 | 7/29/2008 | Interface IP Holdings LLC | |
| 2 US 7,500,201 B2 | 3/3/2009 | Interface IP Holdings LLC | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| *Notice of Dismissal* |

| CLERK<br>John A. Cerino | (BY) DEPUTY CLERK<br>N. Looby | DATE<br>3-4-13 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Interface IP Holdings LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 12-cv-1502-LPS |
| ) | |
| Vanguard Group, Inc., ) | |
| ) | **DEMAND FOR JURY TRIAL** |
| Defendant. ) | |
| ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

WHEREAS, pursuant to Rule 41(a)(1)(A)(i), Plaintiff may voluntarily dismiss an action without Court order before the opposing party serves either an answer or a motion for summary judgment; and

WHEREAS, Defendant has not served either an answer or motion for summary judgment;

NOW THEREFORE, Plaintiff, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action with prejudice, with each side to bear its own costs and fees.

Dated: March 4, 2013         FARNAN LLP

By: /s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com